UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**F I L E D**

NOV 1 8 2022

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                              INDICTMENT NO. _6: 22-cr-70-REW_

SHERRY L. SPENCER

\*   \*   \*   \*   \*

THE GRAND JURY CHARGES:

## COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about July 26, 2022, in Perry County, in the Eastern District of Kentucky,

**SHERRY L. SPENCER**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 2
### 18 U.S.C. § 924(c)(1)(A)

On or about July 26, 2022, in Perry County, in the Eastern District of Kentucky,

**SHERRY L. SPENCER**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which she

may be prosecuted in a Court of the United States, as set forth in Count 1, that is, possession

with the intent to distribute a mixture or substance containing a detectable amount of

methamphetamine, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3
## 18 U.S.C. § 922(g)(1)

On or about July 26, 2022, in Perry County, in the Eastern District of Kentucky,

**SHERRY L. SPENCER,**

knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: a Lorcin, .380 caliber handgun with serial number 506600; a Taurus, 9mm handgun with serial number ACJ339036; and an Anderson Arms, .223 caliber AR-15 style rifle with serial number 21092725, and the firearms were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 4
## 21 U.S.C. § 846

In or about March 2022, the exact date unknown, and continuing through on or about October 26, 2022, in Knott County, in the Eastern District of Kentucky, and elsewhere,

**SHERRY L. SPENCER**

did conspire with others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 5
## 21 U.S.C. § 841(a)(1)

On or about October 26, 2022, in Perry County, in the Eastern District of Kentucky,

## SHERRY L. SPENCER

did knowingly and intentionally possess with intent to distribute 50 grams or more of a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 6
## 18 U.S.C. § 922(g)(1)

On or about October 26, 2022, in Perry County, in the Eastern District of

Kentucky,

## SHERRY L. SPENCER,

knowing she had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, knowingly possessed a firearm, to wit: a Walther PK380, .380

caliber pistol with serial number WB104042, and the firearm was in and affecting

commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1.      By virtue of the commission of the felony offenses alleged in Counts 1, 4,

and 5 of the Indictment, **SHERRY L. SPENCER** shall forfeit to the United States any and

all property used, or intending to be used, to commit and/or to facilitate the commission of

the violations of 21 U.S.C. §§ 846 and 841 and any and all property constituting proceeds

obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. §§ 846 and 841. Any and all interest that **SHERRY L. SPENCER** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2.    By virtue of the commission of the offenses alleged in Counts 2, 3, and 6 of the Indictment, **SHERRY L. SPENCER** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 922 and 924. Any and all interest that SHERRY L. SPENCER has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3.    The property to be forfeited includes, but is not limited to, the following:

## FIREARMS AND AMMUNITION:

    a.  Lorcin, .380 caliber handgun with serial number 506600;
    b.  Taurus, 9mm handgun with serial number ACJ339036;
    c.  Anderson Arms, .223 caliber AR-15 style rifle with serial number 21092725;
    d.  Walther, PK380, .380 caliber pistol with serial number WB104042; and
    e.  Various rounds of ammunition.

## CURRENCY
$1,655.00 in United States currency.

A TRUE BILL

███████████████████████████

**FOREPERSON**

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### COUNTS 1 & 4:

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

### COUNT 2:

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

### COUNTS 3 & 6:

Not more than 15 years imprisonment, $250,000 fine, and 3 years supervised release.

### COUNT 5:

Not less than 5 years and not more than 40 years of imprisonment. not more than a 5,000,000 fine, and at least 4 years supervised release.

**PLUS:**      Mandatory special assessment of $100 per count.

**PLUS:**      Forfeiture of listed items.